THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Ellis Olson,

Plaintiff,

vs.

Fortis Benefits Insurance,

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL WITH PREJUDICE**

Court File No. 01-692 MJD/SRN

The above-entitled action, having been fully compromised and settled,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without further costs to any of the parties.

IT IS FURTHER STIPULATED AND AGREED that any of the parties, without notice to the others, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

BABCOCK, NEILSON, MANNELLA, LaFLEUR & KLINT

By ____________________
Thomas A. Klint #150204
Brad R. Kolling #303987
Attorneys for Plaintiff
118 East Main Street
Anoka, MN 55303
(763-421-5151

Dated: 9/28, 2001

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ____________________
Brian A. Wood (141690)
Attorneys for Defendant Fortis Benefits Insurance
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7970

Dated: 10-4, 2001

OCT 10 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER FOR DISMISSAL**

Pursuant to the foregoing Stipulation, the above-entitled action is hereby dismissed with prejudice and without cost to any party and judgment may be entered accordingly.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: Oct. 10, 2001.

Michael J. Davis
United States [redacted] Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500