# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ellis Olson,

Plaintiff,

Case No. Civil 01-692 MJD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Fortis Benefits Insurance,

Defendant.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that Pursuant to the foregoing Stipulation, the above-entitled action is hereby dismissed with prejudice and without cost to any party and judgment may be entered accordingly.**

DATE: October 10, 2001

RICHARD SLETTEN , CLERK

E. Knoblauch

E. Knoblauch, Deputy Clerk